Aug. 21, 2018

To:

U.S. Bankruptcy Court

Case # 13-20553 (ABA)

I am writing this letter as my Objection to the the proposed dismissal of my Bankruptcy Case. 13-20553

I believe I can come up with a remedy for my situation.

FILED
JEANNE A. NAUGHTON, CLERK
AUG 23 2018
U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY _____ DEPUTY

John S. Mayte

13-20553-