**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

John S Mayle

Case No.: 13-20553

Hearing Date:

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Trustee's Certification of Default

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 9/21/2018 at 9:00AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: August 23, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 23, 20 18 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
John S Mayle  
    Debtor

Case No. 13-20553-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Aug 23, 2018  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2018.  
db          John S Mayle,   16 Plant Street,   Deepwater, NJ  08023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2018                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2018 at the address(es) listed below:

          Andrew L. Spivack   on behalf of Creditor   America's Servicing Company as servicer for US Bank National Association as Trustee of the Bank of America Funding Corporation (BAFC) 2007-3 Trust nj.bkecf@fedphe.com  
          Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,et.al. nj.bkecf@fedphe.com  
          Andrew M. Lubin   on behalf of Creditor   Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
          Andrew M. Lubin   on behalf of Creditor   Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15Mortgage Pass-Through Certificates, Series 2006-FF15 bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
          Celine P. Derkrikorian   on behalf of Creditor   Wells Fargo Bank, N.A. njecfmail@mwc-law.com  
          Denise E. Carlon   on behalf of Creditor   Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Gary M. Salber   on behalf of Debtor John S Mayle gsalberlaw@comcast.net  
          Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa (NA)   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  
          Lynn Therese Nolan   on behalf of Creditor   Hyundai Motor Finance Company ecfnotices@grosspolowy.com, jbommelje@grosspolowy.com  
          Rebecca Ann Solarz   on behalf of Creditor   Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com  
                                                                                                                    TOTAL: 12