Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  13−20553−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John S Mayle
   16 Plant Street
   Deepwater, NJ 08023

Social Security No.:
   xxx−xx−9835

Employer's Tax I.D. No.:

### NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 2, 2018
JAN: bc

                                              Jeanne Naughton
                                              Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                  Case No. 13-20553-ABA
John S Mayle                                                            Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 3                  Date Rcvd: Oct 02, 2018
                               Form ID: 148               Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             John S Mayle,    16 Plant Street,    Deepwater, NJ   08023
cr            +America's Servicing Company as servicer for US Ban,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr            +WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING C,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
514199886     +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
514006698     +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
516239128     +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
516239129     +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129,
                Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
514108103     +Wells Fargo Bank, National Association, as trustee,    c/o Zucker Goldberg & Ackerman,
                200 Sheffied Street, Suite 301,    Mountainside, NJ 07092-2315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 23:38:16      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 23:38:12      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
514129763      EDI: BECKLEE.COM Oct 03 2018 02:53:00      AMERICAN EXPRESS CENTURION BANK,
                C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
513932599     +EDI: WFFC.COM Oct 03 2018 02:53:00      ASC,   PO Box 10328,   Des Moines, IA 50306-0328
513932598     +EDI: AMEREXPR.COM Oct 03 2018 02:53:00      American Express,   PO Box 981537,
                El Paso, TX 79998-1537
513954723      EDI: AIS.COM Oct 03 2018 02:53:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK   73124-8848
514189382     +EDI: WFFC.COM Oct 03 2018 02:53:00      Americas Servicing Company et al,
                Americas Servicing Company,    Attention: Bankruptcy Department,    MAC #D3347-014,
                3476 Stateview Boulevard,    Fort Mill, SC 29715-7203
514035379     +EDI: ACCE.COM Oct 03 2018 02:53:00      Asset Acceptance LLC,   PO Box 2036,
                Warren MI 48090-2036
513932600      EDI: BANKAMER.COM Oct 03 2018 02:53:00      Bank of Amerca,   PO Box 982235,   El Paso, TX 79998
513932601     +EDI: RESURGENT.COM Oct 03 2018 02:53:00      CACH,   4340 S. Monaco St., Unit 2,
                Denver, CO 80237-3485
513932602     +EDI: CAPITALONE.COM Oct 03 2018 02:53:00      Capital One,   PO box 30253,
                Salt Lake City, UT 84130-0253
514061418      EDI: CAPITALONE.COM Oct 03 2018 02:53:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
513932603     +EDI: CHASE.COM Oct 03 2018 02:53:00      Chase Bank USA,   PO Box 15298,
                Wilmington, DE 19850-5298
513932604     +EDI: SEARS.COM Oct 03 2018 02:53:00      Citibank/ Sears,   PO Box 6282,
                Sioux Falls, SD 57117-6282
513932605     +EDI: AMINFOFP.COM Oct 03 2018 02:53:00      First Premier Bank,   601 S. Minnesota Avenue,
                Sioux Falls, SD 57104-4868
513932606     +EDI: RMSC.COM Oct 03 2018 02:53:00      GE Capital/ Paypal,   PO Box 965005,
                Orlando, FL 32896-5005
513932607     +EDI: RMSC.COM Oct 03 2018 02:53:00      GE Capital/ Paypal Mastercard,   PO Box 965005,
                Orlando, FL 32896-5005
513932608     +EDI: RMSC.COM Oct 03 2018 02:53:00      GE Capital/ Walmart,   PO Box 965024,
                Orlando, FL 32896-5024
513932609     +EDI: CITICORP.COM Oct 03 2018 02:53:00      Home Depot,   PO Box 6497,
                Sioux Falls, SD 57117-6497
516291295     +EDI: HY11.COM Oct 03 2018 02:53:00      Hyundai Capital America DBA,   Hyundai Motor Finance,
                PO Box 20809,    Fountain Valley, CA 92728-0809
514027180     +EDI: HY11.COM Oct 03 2018 02:53:00      Hyundai Motor Finance,   PO Box 20809,
                Fountain Valley, CA 92728-0809
513932610      EDI: HY11.COM Oct 03 2018 02:53:00      Hyundai Motor Finance Company,   PO Box 20829,
                Fountain Valley, CA 92728-0829
513932611     +EDI: RMSC.COM Oct 03 2018 02:53:00      JC Penney,   PO Box 965007,   Orlando, FL 32896-5007
514108676      EDI: JEFFERSONCAP.COM Oct 03 2018 02:53:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617
514870676      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541
514870677      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
514134030      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,
                c/o Chase Bank Usa, N.a.,    POB 41067,   Norfolk VA 23541
514159367      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,
                c/o JC PENNEY CREDIT CARD,    POB 41067,   Norfolk VA 23541
514169764      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,   c/o Paypal,
                POB 41067,    Norfolk VA 23541
514155597      EDI: PRA.COM Oct 03 2018 02:53:00      Portfolio Recovery Associates, LLC,
                c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-1              User: admin              Page 2 of 3              Date Rcvd: Oct 02, 2018
                                  Form ID: 148             Total Noticed: 46

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
513932612       E-mail/Text: jennifer.chacon@spservicing.com Oct 02 2018 23:39:18      Portfolio Servicing,
                 PO Box 65250,   Salt Lake City, UT 84165-0250
514040074       EDI: Q3G.COM Oct 03 2018 02:53:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA 98083-0788
513945036       EDI: DRIV.COM Oct 03 2018 02:53:00      SANTANDER CONSUMER USA,   P.O. BOX 560284,
                 DALLAS, TX 75356-0284
513932613      +EDI: DRIV.COM Oct 03 2018 02:53:00      Santander Consumer,   5201 Rufe Snow Drive,
                 North Richland Hills, TX 76180-6036
513932615      +EDI: WFNNB.COM Oct 03 2018 02:53:00      WFNNB/Peebles,   PO Box 182789,
                 Columbus, OH 43218-2789
514181003      +EDI: BLUESTEM Oct 03 2018 02:53:00      Webbank-Fingerhut,   6250 Ridgewood Rd,
                 St. Cloud, MN 56303-0820
513932614      +EDI: WFFC.COM Oct 03 2018 02:53:00      Wells Fargo,   P.O. Box 5943,
                 Sioux Falls, SD 57117-5943
514082596      +EDI: WFFC.COM Oct 03 2018 02:53:00      Wells Fargo Bank, N.A.,   1 Home Campus,   MAC X2303-01A,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 38

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
514108821*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
514114783*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court:   Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
         Andrew L. Spivack    on behalf of Creditor    America's Servicing Company as servicer for US Bank
          National Association as Trustee of the Bank of America Funding Corporation (BAFC) 2007-3 Trust
          nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING
          COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,et.al.
          nj.bkecf@fedphe.com
         Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for
          the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through
          Certificates, Series 2006-FF15 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
         Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for
          the holders of the First Franklin Mortgage Loan Trust 2006-FF15Mortgage Pass-Through
          Certificates, Series 2006-FF15 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
         Celine P. Derkrikorian     on behalf of Creditor    Wells Fargo Bank, N.A. njecfmail@mwc-law.com
         Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank
          National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Gary M. Salber    on behalf of Debtor John S Mayle gsalberlaw@comcast.net
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
         Lynn Therese Nolan    on behalf of Creditor    Hyundai Motor Finance Company
          ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
         Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S.
          Bank National Association, as Trustee rsolarz@kmllawgroup.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Oct 02, 2018
                              Form ID: 148             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 12