| UNITED STATES BANKRUTPCY COURT<br>DISTRICT OF NEW JERSEY<br><br>OFFICE OF THE CHAPTER 13 STANDING TRUSTEE<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002<br>(856) 663-5002 | Order Filed on October 2, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>JOHN S. MAYLE | Case No: 13-20553-ABA<br>Hearing Date:<br>Judge: Andrew B. Altenburg, Jr.<br>Chapter: 13 |

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

# ORDER REGARDING CHAPTER 13 STANDING
# TRUSTEE'S MOTION TO DISMISS OR
# CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: October 2, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☒ The debtor(s)' case is hereby DISMISSED

☐ The debtor(s)' plan is allowed to continue at the regular monthly payment of _____ for a period of ___ months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐ An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒ Other:

☒ IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

☐ IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at _____ which represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐     IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with a lump sum payment of _____ due within \_\_ days from the date of this Order.

☐     IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed, such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for Chapter 13 bankruptcy protection for a period of \_\_ from the date of dismissal of debtor(s)' case.

☐     IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier payments of

☐     This order incorporates a fee application for debtor(s)' attorney in the amount of _____ pending Court approval.

☐     A status hearing shall be held on _____.

3

IS_CHH_5001_OTBS

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-20553-ABA
John S Mayle                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Oct 02, 2018
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2018.
db          John S Mayle,    16 Plant Street,    Deepwater, NJ 08023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    America's Servicing Company as servicer for US Bank National Association as Trustee of the Bank of America Funding Corporation (BAFC) 2007-3 Trust nj.bkecf@fedphe.com
      Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICA'S SERVICING COMPANY AS SERVICING AGENT FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,et.al. nj.bkecf@fedphe.com
      Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
      Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15Mortgage Pass-Through Certificates, Series 2006-FF15 bkecf@milsteadlaw.com,    alubin@milsteadlaw.com
      Celine P. Derkrikorian    on behalf of Creditor    Wells Fargo Bank, N.A. njecfmail@mwc-law.com
      Denise E. Carlon    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Gary M. Salber    on behalf of Debtor John S Mayle gsalberlaw@comcast.net
      Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com
      Lynn Therese Nolan    on behalf of Creditor    Hyundai Motor Finance Company ecfnotices@grosspolowy.com,    jbommelje@grosspolowy.com
      Rebecca Ann Solarz    on behalf of Creditor    Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee rsolarz@kmllawgroup.com
                                                                      TOTAL: 12